**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JAMES GEATHERS,                :    No. 109 EM 2019

          Petitioner        :

         v.                 :

COURT OF COMMON PLEAS OF    :
PHILADELPHIA COUNTY,         :

          Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of December, 2019, the Application for Leave to File Original Process is GRANTED, and the "Revised Petition for Writ [of] Mandamus and/or Extraordinary Relief" is DENIED.